UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 1:12-00011 |
| ) | JUDGE CAMPBELL |
| DAKOTA JAMES CALDERHEAD and ) | |
| KRISTIAN CHANCELOR MATHIS ) | |

ORDER

Pending before the Court is an Unopposed Motion Requesting Earlier Plea Date (Docket No. 24). The Motion is GRANTED.

The Court will hold a change of plea hearing on May 14, 2013, at 9:00 a.m. Any proposed plea agreements shall be submitted to the Court by May 10, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE